JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMI L. CAMPBELL,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT M. GATES, Secretary, Department of Defense (Defense Contract Audit Agency),<br><br>　　　　　　　Defendant. | Case No. EDCV 06-00594 DMG (VBKx)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order re Defendant's Motion for Summary Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Robert M. Gates and against Plaintiff, who shall take nothing.

**IT IS SO ORDERED**.

DATED:　　April 4, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE